### Dennis J. LOFTIN, Petitioner–Appellant,

v.

### Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.

#### No. 00–7604.

United States Court of Appeals, Fourth Circuit.

Submitted March 8, 2001.

Decided March 16, 2001.

Dennis J. Loftin, pro se.

Before DIANA GRIBBON MOTZ, TRAXLER, and KING, Circuit Judges.

PER CURIAM.

Dennis J. Loftin seeks to appeal the district court's orders denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2000) and denying reconsideration. We have reviewed the record and the district court's orders and find no reversible error. Accordingly, we deny a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Loftin v. Angelone,* No. CA–00–1581–A (E.D. Va. filed Oct. 4, 2000 & Nov. 13, 2000; entered Oct. 5, 2000 & Nov. 14, 2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*